1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9     United States of America,

          No. CR-22-01087-001-TUC-RM (AMM)

10          Plaintiff,

          **ORDER**

11    v.

12    Yolanda Salazar-Apodaca,

13          Defendant.

14

15        On July 26, 2023, Magistrate Judge Angela M. Martinez issued a Report and

16    Recommendation ("R&R") (Doc. 65) recommending that this Court enter an order

17    granting Defendant's Motion to Suppress Statements (Doc. 36) in part and denying it in

18    part.  Specifically, the R&R recommended this Court grant the Motion to Suppress with

19    respect to Defendant's statement, "Yes, many years ago," in response to Agent Amaya's

20    pre-Miranda question, "Have you ever been arrested for any reason?" and Defendant's

21    statement, "I was going to work – I went to, to Mexico to get my, a shot that I get once a

22    month of vitamin B-12," which was in response to Agent Amaya's pre-Miranda question,

23    "At what time were you going to work?"  (Doc. 65 at 10.)  The R&R recommended this

24    Court deny Defendant's Motion to Suppress in all other respects.  (*Id.*)  No objections to

25    the R&R were filed.

26        A district judge must "make a de novo determination of those portions" of a

27    magistrate judge's "report or specified proposed findings or recommendations to which

28    objection is made."  28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The

district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Martinez's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Martinez's Report and Recommendation, and Defendant has waived his right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 65) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (Doc. 36) is **granted in part and denied in part**. The Motion is **granted** with respect to Defendant's statement, "Yes, many years ago," in response to Agent Amaya's pre-Miranda question, "Have you ever been arrested for any reason?" and Defendant's statement, "I was going to work – I went to, to Mexico to get my, a shot that I get once a month of vitamin B-12," which was in response to Agent Amaya's pre-Miranda question, "At what time were you going to work?" The Motion is **denied** in all other respects.

Dated this 14th day of August, 2023.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -